No. 130, Misc. WILLIAMS *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 136, Misc. PEOPLES *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. *Harvey Dickerson,* Attorney General of Nevada, for respondent.

No. 137, Misc. LESTER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 140, Misc. JUPITER *v.* CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 142, Misc. LENTZ *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Clyde C. Randolph, Jr.,* for petitioner. *Thomas Wade Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 149, Misc. STANLEY *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 150, Misc. WILLIAMS *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 151, Misc. RICHARDSON *v.* INGRAM CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Harry Alan Sherman* and *S. Eldridge Sampliner* for petitioner. *Edmund K. Trent* for respondents.

No. 154, Misc. SAUNDERS *v.* ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied. *Jose del Castillo* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.